## A03A1252. APPLEBROOK COUNTRY DAYSCHOOL, INC. v. THURMAN et al.
### (613 SE2d 192)

RUFFIN, Chief Judge.

In Division 1 of *Applebrook Country Dayschool v. Thurman*,[1] we found that the trial court erred in admitting expert testimony regarding the standard of care for supervision in a day care setting. The Supreme Court subsequently granted certiorari and reversed, holding that "[e]xpert testimony regarding infant sleep positioning is admissible in a negligent childcare supervision case to assist the jury in determining whether the childcare provider breached its duty of care."[2] Accordingly, we vacate Division 1 of our earlier opinion and adopt the judgment and opinion of the Supreme Court as our own. The Supreme Court's reversal does not affect Divisions 2 and 3 of our prior opinion.

*Judgment affirmed. Smith, P. J., and Miller, J., concur.*

DECIDED APRIL 6, 2005.

*Downey & Cleveland, Joseph C. Parker, Hicks, Casey & Foster, William T. Casey, Jr., Christopher A. Townley*, for appellant.
*Renzo S. Wiggins*, for appellees.

---

[1] 264 Ga. App. 591, 591-594 (1) (591 SE2d 406) (2003).
[2] *Thurman v. Applebrook Country Dayschool*, 278 Ga. 784, 787 (3) (604 SE2d 832) (2004).